Decided April 8, 2009

## STATE OF CONNECTICUT *v.* KENNETH MARTIN SELLS

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 775 (AC 27951), is denied.

*Michael O. Sheehan*, special public defender, in support of the petition.

*Melissa Patterson*, deputy assistant state's attorney, in opposition.

Decided April 8, 2009

## LORRAINE A. UTZ *v.* PETER D. UTZ, SR.

The defendant's petition for certification for appeal from the Appellate Court, 112 Conn. App. 631 (AC 28780), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Lori Welch-Rubin*, in support of the petition.

*John F. Morris*, in opposition.

Decided April 8, 2009